JEFFREY S. CHIESA
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
Attorney for State Defendants, State Trooper S. R. Tetzlaff, State
Trooper B.P. Oliver, State Trooper P.E. Brown and Superintendent
Colonel Joseph R. Fuentes, in their individual capacities

By: Vincent J. Rizzo, Jr.
    Deputy Attorney General
    (609) 633-8687
    vincent.rizzo@dol.lps.state.nj.us

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

| | |
|---|---|
| DANIEL J. FRIED,<br><br>    Plaintiff<br><br>v.<br><br>STATE TROOPER SR TETZLAFF, in his official & personal capacity; STATE TROOPER BP OLIVER, in his official & personal capacity; STATE TROOPER PE BROWN, in his official & personal capacity; SUPERINTENDENT COLONEL JOSEPH R. FUENTES, in his official & personal capacity; NEW JERSEY STATE POLICE, EAGLESWOOD TOWNSHIP; and SOUTHAMPTON TOWNSHIP,<br><br>    Defendants. | Civ. Action No. 11-2578<br><br>STIPULATION OF DISMISSAL |

IT IS hereby stipulated and agreed by the parties that
plaintiff, Daniel Fried's claim for lost wages and/or income,

allegedly caused by the actions of the defendants, and whether as to him personally or to Innovision, Inc., a company owned and operated by him, shall be dismissed with prejudice and without costs or attorney's fees in accordance with the previous agreement between the parties.

*[signature]* 9/5/12

Katherine M. Robinson, Esq.
Layser & Friewald, P.C.
Attorneys for the Plaintiff,
Daniel Fried

JEFFREY S. CHIESA
ATTORNEY GENERAL OF NEW JERSEY

By: *[signature]*

Vincent J. Rizzo, Jr.
Deputy Attorney General
Attorney for Defendant(s)

DATED: 9-6-12