

# LAYSER & FREIWALD, P.C.
ATTORNEYS AT LAW

*Katherine M. Robinson*

September 7, 2012

*Via Electronic Filing and Regular Mail*
Magistrate Judge Karen M. Williams
Mitchell H. Cohen Bldg & U.S. Courthouse
4th Cooper Streets
Room 1050
Camden, NJ 08101

      Re:    Fried v. State Trooper Tetzlaff, et al.
             No.: 02578

Dear Judge Williams:

      I write to respectfully request an extension of the deadlines in this case. I have discussed this matter with Defense counsel and Mr. Rizzo joins in this request.

      The parties request this extension because Defendant has requested medical authorizations so that all medical records for Plaintiff can be obtained. Once the authorizations are provided, it will take some time to get the medical records. The records are relevant to Plaintiff's damages and both parties feel that they are necessary for expert review.

      I should note that the parties have been working together cooperatively and have stipulated that Plaintiff's wage loss claim will be withdrawn. However, in light of the need for additional medical records, the parties respectfully request a sixty day extension of the case management deadlines currently in place.

      I would be happy to provide the Court with a proposed Order. In addition, we are available to discuss the above at the Court's convenience.

                                              Respectfully,

                                              KATHERINE M. ROBINSON

cc:    Vincent Rizzo, Esquire