# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

Camden Office                                    Date of proceeding: January 22, 2013

**JUDGE KAREN M. WILLIAMS**

COURT REPORTER: Disc # 414

**DOCKET NO. 11-cv-2578 (RMB)**

**TITLE OF CASE:**
FRIED
    v.
WOODLAND TWP, ET AL.,

**APPEARANCES:**
Katherine Robinson, Esq., for Plaintiff
Vincent Rizzo, Jr., DAG, for Defendants

**NATURE OF PROCEEDINGS:**
Telephone Discovery Conference held on the record.
Order to be entered.

DEPUTY CLERK:     s/ Denise Wolk

CC:  CHAMBERS

Time Commenced: 10:40
Time Adjourned: 11:00
**Total Time in Court:   20   mins.**