```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

DANIEL J. FRIED,

        Plaintiff,

    v.                          Civil No. 11-2578-RMB-KMW

WOODLAND TOWNSHIP POLICE
DEPARTMENT, et al.,

        Defendants.

**<u>ORDER</u>**

        This matter is before the Court by way of Motions [Doc. Nos. 61 & 64] of Plaintiff's seeking to compel the deposition of Defendant Joseph R. Fuentes and for sanctions pursuant to Federal Rule of Civil Procedure 37; and the Court having conducted a telephone conference on **January 22, 2013**, on the record, to address these Motions; and the Court noting the following appearances: Katherine Robinson, Esquire, appearing on behalf of the plaintiff; and Vincent J. Rizzo, Esquire, appearing on behalf of defendants; and for the reasons set forth on the record and for good cause shown:

        IT IS this **22nd** day of **January, 2013**, hereby,

        **ORDERED** that Plaintiff's Motion [Doc. No. 61] to Compel the deposition of Defendant Joseph R. Fuentes is hereby **<u>GRANTED</u>**; and it is further

        **ORDERED** that Plaintiff's Motion [Doc. No. 64] for Sanctions is hereby **<u>DENIED</u>**.  However, the Court will extend the deadlines outlined in the September 14, 2012 Scheduling Order to account for the production of the training materials at issue in said Motion.

                              <u>s/ Karen M. Williams</u>
                              KAREN M. WILLIAMS
                              United States Magistrate Judge

cc:  Hon. Renée Marie Bumb